# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Sergey MOROZOV,<br><br>　　　　　　　Defendant. | Case No.: '21 MJ03773<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding<br>Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about September 13, 2021, within the Southern District of California, defendant Sergey MOROZOV intentionally and forcibly assault a person named in Title 18, United States Code, Section 1114, to wit a Department of Homeland Security, Customs and Border Protection Officer C. Tula while Officer Tula was engaged in the performance of his official duties at the Otay Mesa Port of Entry, such acts involving physical contact; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Christopher Barnes
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th day of September 2021.

_____
HON. DANIEL E. BUTCHER
U.S. Magistrate Judge

# STATEMENT OF FACTS

On September 13, 2021, at approximately 6:50 AM, Sergey MOROZOV (MOROZOV), a Russian citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry, California.

While assigned to the rover position on lane #10 at the Otay Mesa Port of Entry, Customs and Border Protection Officer (CBPO) C. Tula saw a silver Honda Odyssey bearing California license plates stop at the limit line. The driver, later identified as Sergey MOROZOV, flashed an identification document at CBPO Tula. CBPO Tula took a step closer in an attempt to identify the document and asked MOROZOV what type of identification document he had.

MOROZOV reached up as if he was retrieving an item from his visor. As MOROZOV reached towards his visor, MOROZOV accelerated the car past the limit line towards CBPO Tula. CBPO Tula used his left hand to block the vehicle from hitting him, resulting in a bone contusion and sprained finger on his left arm.

CBPO Tula radioed for assistance, and MOROZOV was eventually able to be secured after repeatedly refusing to open his door or get out of the car while resisting Officers.

MOROZOV was escorted to the security office, arrested, and charged for a violation of Title 18 USC 111(a)(1), Assault on a Federal Officer.